UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>v.<br><br>SALON SERVICES, LLC,<br><br>                              Defendant. | No. 22-CV-8458 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 4, 2022, Plaintiff filed the Complaint in this action. On October 14, 2022, the Court ordered the parties to meet and confer within thirty days of service, and within fifteen additional days, submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial status conference in this matter. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve Defendant by January 2, 2023. To date, no joint letter has been filed, nor has proof of service been filed on the docket.

By no later than January 10, 2023, the parties shall submit their joint letter, or, in the alternative, Plaintiff shall file a letter proposing next steps in this matter. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:   January 3, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge