UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFIA LAWAL, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

SALON SERVICES, LLC,

                Defendant.

No. 22-CV-8458 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

      On October 4, 2022, Plaintiff filed the Complaint in this action. On October 14, 2022, the Court ordered the parties to meet and confer within thirty days of service, and within fifteen additional days, submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial status conference in this matter. Defendant appeared in this action on November 2, 2022. On January 3, 2023, the Court ordered the parties to submit their joint letter, or in the alternative, directed Plaintiff to file a letter proposing next steps in this matter, and warned that failure to do so could result in dismissal of this action. To date, no joint letter or letter update has been filed on the docket. The parties have failed to communicate with the Court since the Complaint was filed.

      **If Plaintiff fails to respond to the Court's January 3, 2023 order by February 21, 2023, the Court will dismiss this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

SO ORDERED.

Dated:    February 13, 2023
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge